Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. Edward Lee* for petitioners. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Maurice H. Matzkin* for respondent.

No. 251. SWATZKA *v.* SULLIVAN, COMMANDING OFFICER, ET AL. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Allan A. Bynon* and *Gerald J. Meindl* for petitioner. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondents.

No. 295. CLOVERLEAF BUTTER Co. *v.* UNITED STATES. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Erle Pettus* and *Horace C. Wilkinson* for petitioner. *Acting Solicitor General Judson* and *Mr. Robert S. Erdahl* for the United States.

No. 297. ARUNDEL CORPORATION *v.* UNITED STATES. October 15, 1945. Petition for writ of certiorari to the Court of Claims denied. *Mr. William S. Hammers* for petitioner. *Acting Solicitor General Judson* and *Mr. Paul A. Sweeney* for the United States.

No. 325. ROSENBERG ET AL. *v.* UNITED STATES; and
No. 326. WEISS ET AL. *v.* UNITED STATES. October 15, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James I. Cuff* for petitioners in No. 325, and *Mr. Harold St. L. O'Dougherty* for petitioners in No. 326. *Acting Solicitor*